FILED
CLERK, U.S. DISTRICT COURT

NOV 2 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MJ 14-02310 |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| KEVIN D. LONG | ) Allegations of Violations of Probation/ |
| | ) Supervised Release Conditions) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  [X]  the appearance of defendant as required; and/or

(B)  [X]  the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will comply w/conditions or refrain from criminal conduct._

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_He will comply with conditions Also, he lacks bail resources._

IT IS ORDERED that defendant be detained.

DATED: 10/26/14

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE